# UNITED STATES DISTRICT COURT

Western District of Arkansas

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **KENDALL J. WASHINGTON** | Case No.     1:10CR10006- 001 |
| | USM No.     10204-010 |
| | Alex Wynn |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s)    Conditions listed below    of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| One | Standard Condition #7 – Illegal drug use | 11/21/2017 |
| Two | Special Condition – Fail to submit to drug testing | 11/27/2017 |
| Three | Special Condition – Fail to comply with SATP | 11/15/2017 |
| Four | Standard Condition #2 – Fail to report to USPO | 01/12/2018 |
| Five | Standard Condition #6 – Fail to notify USPO change in employment | 12/22/2017 |
| Six | Special Condition – Fail to submit to drug testing | 01/22/2018 |
| Seven | Special Condition – Fail to comply with SATP | 01/10/2018 |
| Eight | Mandatory Condition – New offense – Poss. Drug Paraphernalia | 03/09/2018 |
| Nine | Standard Condition #9 – Association with felon | 03/09/2018 |

    The defendant is sentenced as provided in pages 1 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Last Four Digits of Defendant's Soc. Sec.    1824 | February 15, 2019 |
| | Date of Imposition of Judgment |
| Defendant's Year of Birth:    1987 | |
| | /s/ Susan O. Hickey |
| City and State of Defendant's Residence: | Signature of Judge |
| Huttig, Arkansas | |
| | Susan O. Hickey, Chief U.S. District Judge |
| | Name and Title of Judge |
| | February 15, 2019 |
| | Date |

DEFENDANT: **KENDALL J. WASHINGTON**
CASE NUMBER: **1:10CR10006- 001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

**Time served in federal custody. No supervision to follow the term of imprisonment.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL